[Cite as *03/03/2003 Case Announcements*, 2003-Ohio-916.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 3, 2003*

## DISCIPLINARY CASES

**1998–0757.  Disciplinary Counsel v. Jefferson.**
IT IS ORDERED by this court, sua sponte, that James Jefferson Jr., Attorney Registration No. 0032871, last known business address in Cleveland, Ohio, be found in contempt for failure to comply with this court's order of September 30, 1998, to wit, failure to pay board costs in the amount of $256.23 on or before December 29, 1998, and failure to pay publication costs in the amount of $329.26 on or before July 17, 2000.

**2001–2196.  Disciplinary Counsel v. Shrode.**
IT IS ORDERED by this court, sua sponte, that John D. Shrode be found in contempt for failure to comply with this court's order of May 1, 2002, to wit, failure to pay board costs in the amount of $38.05 on or before July 30, 2002.

**2001–2203.  Cleveland Bar Assn. v. Frazier.**
IT IS ORDERED by this court, sua sponte, that Arthur Ray Frazier, Attorney Registration No. 0063635, last known business address in Cleveland, Ohio, be found in contempt for failure to comply with this court's order of July 3, 2002, to wit, failure to file an affidavit of compliance on or before August 2, 2002.

**2002–0296.  Disciplinary Counsel v. Cox.**
IT IS ORDERED by this court, sua sponte, that Edward A. Cox, Attorney Registration No. 0001520, last known address in Youngstown, Ohio, be found in contempt for failure to comply with this court's order of July 3, 2002, to wit, failure to surrender his certificate of admission and attorney registration card and failure to file an affidavit of compliance on or before August 2, 2002.

**2002–0315.  Dayton Bar Assn. v. Sebree.**
IT IS ORDERED by this court, sua sponte, that Ronald H. Sebree, Attorney Registration No. 0063210, last known business address in Dayton, Ohio, be found in contempt for failure to comply with this court's order of July 3, 2002, to wit, failure to pay board costs in the amount of $16.41 on or before October 1, 2002.

**2002–0324.  Toledo Bar Assn. v. Dewey.**
IT IS ORDERED by this court, sua sponte, that Ronald D. Dewey, Attorney Registration No. 0061193, last known business address in Toledo, Ohio, be found in contempt for failure to comply with this court's order of July 31, 2002, to wit, failure to surrender his certificate of admission and attorney registration card and failure to file an affidavit of compliance on or before August 30, 2002.

**2002–0677.  Columbus Bar Assn. v. Moushey.**
IT IS ORDERED by this court, sua sponte, that Michael Lee Moushey, Attorney Registration No. 0033805, last known business address in Columbus, Ohio, be found in contempt for failure to comply with this court's order of October 2, 2002, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before November 1, 2002.